IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID RAY EVANS,
ADC #109126                                                                                    PLAINTIFF

v.                          Case No. 4:18-cv-00537-KGB/JJV

JOSEPH BUCHMAN, Medical Surgeon,
Little Rock Surgery Center, *et al.*                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff David Ray Evans' complaint and amended complaint are dismissed without prejudice.

So adjudged this the 31st day of March, 2019.

_____
Kristine G. Baker
United States District Judge